UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BARTHOLOMEW LEE JONES,

      Petitioner,

 v.

STATE OF WASHINGTON,

      Respondent.

CASE NO. 3:23-CV-5563-BJR-DWC

REPORT AND RECOMMENDATION

Noting Date: November 17, 2023

  The District Court has referred this action filed under 28 U.S.C. § 2241 to United States Magistrate Judge David W. Christel. On June 23, 2023, Petitioner Bartholomew Lee Jones initiated this case. Dkt. 1. As Petitioner has not kept the Court advised of his current address or responded to the Court's Order to Show Cause, the Court recommends dismissing this action without prejudice.

  On August 9, 2023, the Clerk of Court mailed Petitioner this Court's Order to Show Cause, which directed Petitioner to show cause why the petition should not be dismissed on or before September 9, 2023. Dkt. 5. The Order to Show Cause was returned as undeliverable on

REPORT AND RECOMMENDATION - 1

August 23, 2023. Dkt. 6. Petitioner has not responded to the Order to Show Cause and has not updated his address with the Court.

Petitioner has not kept the Court advised as to his current mailing address. He has also failed to respond to the Order to Show Cause and has not provided the Court with a servable petition. Accordingly, the Court recommends dismissal of this action without prejudice for failure to prosecute under Local Rule 41(b)(2) and for failure to state a claim. Based on the foregoing, the Court also recommends a certificate of appealability be denied.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on November 17, 2023, as noted in the caption.

Dated this 30th day of October, 2023.

David W. Christel
Chief United States Magistrate Judge